IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISAAC EGUABOR | ) |
| | ) |
| v. | ) NO. 3:08-0248 |
| | ) JUDGE CAMPBELL |
| MICHAEL HUNTER | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 66) and a Notice of Appeal (Docket No. 68) and a Motion to Dismiss (Docket No. 69) filed by the Plaintiff, which the Court construes as Plaintiff's Objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 43) is GRANTED, and this action is DISMISSED with prejudice. In light of this dismissal, Defendant's Motion to Dismiss (Docket No. 37) is moot.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. Any appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). Therefore, the Plaintiff is not certified to pursue an appeal in forma pauperis. Id.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE