UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 09-5698

_____

Filed: February 03, 2011

ISAAC EGUAEBOR,

    Plaintiff - Appellant

v.

DAVIDSON COUNTY SHERIFF'S DEPARTMENT; MICHAEL HUNTER, C/O,

    Defendants - Appellees

MANDATE

   Pursuant to the court's disposition that was filed 01/12/2011 the mandate for this case hereby issues today.

COSTS:  None